AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| AUDRA MITCHELL<br>*Plaintiff(s)*<br>v.<br>BLOOMIN' BRANDS, INC.<br>*Defendant(s)* | Civil Action No. 19-cv-1511<br>B(3) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bloomin' Brands, Inc.
2202 N West Shore Boulevard, 5th Floor
Tampa, Florida 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Casey Rose Denson, Esq., Casey Denson Law, LLC
3436 Magazine Street, Unit #7005, New Orleans, LA 70115

Kenneth C. Bordes, Attorney at Law, LLC
2725 Lapeyrouse Street, New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Feb 21 2019

Deputy clerk's signature

Civil Action No. 19-cv-1511

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bloomin' Brands, Inc.
was received by me on *(date)* 2/21/19 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered March 5, 2019 via USPS Certified Mail to: Bloomin' Brands, Inc.
    2202 North West Shore Blvd.
    Tampa, FL 33607

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/12/2019

/s/ Kenneth C. Bordes
*Server's signature*

Kenneth C. Bordes, Attorney at Law, LLC
*Printed name and title*

2725 Lapeyrouse St., New Orleans, LA 70119
*Server's address*

Additional information regarding attempted service, etc: