UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AUDRA MITCHELL,<br>Plaintiff | CIVIL ACTION |
| -vs- | |
| BLOOMIN' BRANDS, INC.,<br>Defendant. | No. 2:19-cv-01511-ILRL-DMD |

**STIPULATED NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**

Plaintiff and Defendant (collectively, "the Parties"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, notify the Court that a settlement has been reached in the above-referenced matter. The Parties request that the Court dismiss this action with prejudice, with each party to pay its own costs and fees.

Respectfully submitted this 4th day of October, 2019.

    /s/ Casey Denson
**Casey Rose Denson, Esq.**
Casey Denson Law, LLC
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
E-mail: cdenson@caseydensonlaw.com
Attorney for Plaintiff

    /s/ Kenneth Bordes
**Kenneth Bordes, Esq.**
Kenneth C. Bordes, Attorney at Law, LLC
2725 Lapeyrouse Street
New Orleans, LA 70119
Telephone: 504-588-2700
Email: kcb@kennethbordes.com
Attorney for Plaintiff

/s/ Thomas P. Hubert
THOMAS P. HUBERT (La. Bar No. 19625)
JASON A. CULOTTA (La. Bar No. 35731)
**JONES WALKER, LLP**
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8384
Facsimile: (504) 589-8384
Email: thubert@joneswalker.com
Email: jculotta@joneswalker.com
***Counsel for Bloomin' Brands, Inc.***